922 So.2d 1184 (2006)
Jamilh MOHSAN & Dr. Hadi Alkahby
v.
Dr. Criss ROULE-GRAHAM, Lakeside Hospital, Louisiana Patient Compensation Fund and ABC Insurance Company, et al.
No. 2005-C-1976.
Supreme Court of Louisiana.
February 3, 2006.
In re Alkahby, Hadi Dr.; Mohsan, Jamilh et al.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. I, No. 579-901; to the Court of Appeal, Fifth Circuit, No. 05-CA-122.
Denied.